# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISRAEL CARTER, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J.T. THORPE & SON, INC.,<br><br>　　　　　Defendant. | 2:24-cv-00644-CB<br><br>Judge Cathy Bissoon |

## JOINT MOTION TO STAY AND ADMINISTRATIVELY CLOSE CASE

Plaintiff, Israel Carter, and Defendant, J.T. Thorpe & Son, Inc., jointly move to stay and administratively close this case and, in support thereof, state the following:

1. On March 28, 2025, the Court denied J.T. Thorpe's motion to dismiss, or, in the alternative, to stay this action. ECF No. 26. J.T. Thorpe's answer to the amended complaint is currently due April 11, 2025. *Id.*

2. Following the issuance of the Court's Order, the parties reached the framework of an agreement, outlining the contours of an agreed-upon resolution of this action, which they are working to finalize.

3. Given the complexities of resolving this action and the related class action against J.T. Thorpe pending in the Court of Common Pleas of Allegheny County, *Johnathan Seiler v. J.T. Thorpe & Son, Inc. et al.*, GD-21-014672 ("*Seiler*"), the parties need additional time to finalize the terms of the proposed agreement here.

4. On February 18, 2025, the Honorable Alan D. Hertzberg granted preliminary approval of the class settlement in *Seiler*, and a final approval hearing is scheduled on June 18, 2025.

5. Accordingly, the parties believe they will be in a position to finalize the terms of the proposed agreement resolving this matter within 90 days.

6. Once the parties are able to finalize the terms of the proposed agreement, Plaintiff will file a notice of settlement in this action.

7. In the meantime, the parties request that the Court stay J.T. Thorpe's answer deadline and administratively close this case pending finalization of the parties' proposed agreement.

WHEREFORE, for the reasons set forth above, the parties respectfully request that the Court stay J.T. Thorpe's answer deadline and administratively close this case.

Dated:  April 11, 2025                     Respectfully submitted,

*/s/ Ryan J. Wilk*
Christian Antkowiak (PA 209231)
christian.antkowiak@bipc.com
Ryan J. Wilk (PA 316696)
ryan.wilk@bipc.com

**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219-1410
Phone:  412-562-8800
Fax:  412-562-1041

*Attorneys for Defendant,*
*J.T. Thorpe & Son, Inc.*

*/s/ Alyssa J. White*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Alyssa J. White
Texas Bar No. 24073014

**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050

Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

AND

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**

11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

AND

Joshua P. Geist,
PA ID No. 85745
William F. Goodrich
PA ID No. 30235

**GOODRICH & GEIST, PC**
3634 California Ave.
Pittsburgh, Pennsylvania 15212
412-766-1455 – Phone
412-766-0300 – Fax
josh@goodrichandgeist.com
bill@goodrichandgeist.com

*Attorneys for Plaintiff,*
*Israel Carter*