# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISREAL CARTER, Individually and For Others Similarly Situated, Plaintiffs, <br><br> v. <br><br> J.T. THORPE & SON, INC., <br><br> Defendants. | Case No. 2:24-cv-00644-CB |

## RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate to dismiss this matter with prejudice and without costs. Pursuant to Federal Rule of Civil Procedure 41, this dismissal is effective upon filing.

Dated: October 20, 2025                                    Respectfully submitted,

*/s/ Alyssa J. White*
Michael A. Josephson
Texas Bar No. 24014780
Andrew W. Dunlap
Texas Bar No. 24078444
Alyssa J. White
Texas Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

*/s/Christian Antkowiak*
Christian Antkowiak
christian.antkowiak@bipc.com
Ryan J. Wilk
ryan.wilk@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
501 Grant Street, Suite 200
Pittsburgh, PA 15219
412-562-8800

**ATTORNEYS FOR DEFENDANT**

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
rburch@brucknerburch.com

Joshua P. Geist,
PA ID No. 85745
William F. Goodrich
PA ID No. 30235
**GOODRICH & GEIST, PC**
3634 California Ave.
Pittsburgh, Pennsylvania 15212
412-766-1455 – Phone
412-766-0300 – Fax
josh@goodrichandgeist.com
bill@goodrichandgeist.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 20th day of October 2025.

/s/ *Alyssa J. White*
**Alyssa J. White**